## 16665.   WRIGHT *v.* THE STATE.

BROYLES, C. J.   1. The alleged newly discovered evidence is cumulative and impeaching in its character, and is not such evidence as would likely produce a different verdict upon another trial of the case. Furthermore, the supporting affidavit, as to the residence, associates, etc., of the newly discovered witness, is defective in that it is silent as to his associates.   Civil Code (1910), § 6086; *Ivey* v. *State,* 154 *Ga.* 63 (6) (113 S. E. 175).

2. The verdict was amply authorized by the evidence.

> *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
>
> DECIDED NOVEMBER 10, 1925.

Conviction of larceny of automobile; from Fulton superior court —Judge Howard.   June 6, 1925.

*Clark Ray, O. Glen Ray, W. F. Moore,* for plaintiff in error.

*John A. Boykin, solicitor-general, Ralph H. Pharr,* contra.

---

## 16666.   INGRAM *v.* THE STATE.

LUKE, J.   1. Under the authority of *Walker* v. *State,* 118 *Ga.* 757 (2) ·(45 S. E. 608), the court did not err in failing to charge on the law of alibi.

2. The accused was not harmed by a charge on a lesser offense than that for which he was convicted.

3. The evidence authorized the verdict, and is approved by the trial judge.

> *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
>
> DECIDED NOVEMBER 10, 1925.

Assault with intent to murder; from Putnam superior court— Judge Park.   June 2, 1925.

*H. Reid DeJarnette,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.